1  Scott P. Shaw, Bar No. 223592
2  Samuel G. Brooks, Bar No. 272107
   CALL & JENSEN
3  A Professional Corporation                          JS-6
   610 Newport Center Drive, Suite 700
4  Newport Beach, CA  92660
   Tel:   (949) 717-3000
5  Fax:   (949) 717-3100
   SShaw@Calljensen.com
6  SBrooks@Calljensen.com
7
   Attorneys for Defendant Saks & Company, LLC
8
9
10              UNITED STATES DISTRICT COURT
11            CENTRAL DISTRICT OF CALIFORNIA
12
13  STAR FABRICS, INC., a California          Case No.  17-CV-00838-RGK-MRW
    Corporation,
14                                            [PROPOSED] ORDER DISMISSING
15            Plaintiff,                      ACTION
16        vs.
17  SAKS & COMPANY, LLC, a Delaware
18  Limited Liability Company; and DOES 1
    through 10,
19
20            Defendants.
21
                                             Complaint Filed:  February 2, 2017
22                                           Trial Date:       None Set
23
24
25
26
27
28

1    By stipulation of the parties this matter is dismissed without prejudice with each

2  party to bear its own costs. This Court shall retain jurisdiction to enforce the parties'

3  settlement agreement.

4

5    IT IS SO ORDERED.

6

7  Dated:  7/25/17        Signed: _____

                                  HON. R. GARY KLAUSNER
8                                 U.S. DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAK01-34:1991131_1:7-24-17                    - 2 -

[PROPOSED] ORDER DISMISSING ACTION